```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00087
   MICHELLE D NIXON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2774

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/03/2005 and was confirmed 03/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 06/23/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERIQUEST MORTGAGE        CURRENT MORTG         .00            .00            .00
AMERIQUEST MORTGAGE        MORTGAGE ARRE      497.38            .00         497.38
JAMES GUSTAFSON & THOMPS   NOTICE ONLY     NOT FILED            .00            .00
COOK COUNTY TREASURER      SECURED            635.04            .00         635.04
FORD MOTOR CREDIT          SECURED          19268.58        4310.88       19268.58
FORD MOTOR CREDIT          UNSECURED       NOT FILED            .00            .00
FORD MOTOR CREDIT          SECURED               .00            .00            .00
CAPITAL ONE                UNSECURED       NOT FILED            .00            .00
CITY OF CALUMET            UNSECURED       NOT FILED            .00            .00
DIRECT TV                  UNSECURED       NOT FILED            .00            .00
TAXMASTERS                 UNSECURED       NOT FILED            .00            .00
RMI/MCSI                   UNSECURED          375.00            .00         375.00
PAYDAY LOAN                UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          782.01            .00         782.01
COLLECTION COMPANY OF AM   NOTICE ONLY     NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY     NOT FILED            .00            .00
VILLAGE OF LANSING         UNSECURED       NOT FILED            .00            .00
FORD MOTOR CREDIT          COST OF COLLE    8390.46            .00         8390.46
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,394.00                       2,394.00
TOM VAUGHN                 TRUSTEE                                        2,218.34
DEBTOR REFUND              REFUND                                           520.50

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                39,392.19

PRIORITY                                          .00
SECURED                                     28,791.46
   INTEREST                                  4,310.88
UNSECURED                                    1,157.01

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 00087 MICHELLE D NIXON
```

```
ADMINISTRATIVE                                             2,394.00
TRUSTEE COMPENSATION                                       2,218.34
DEBTOR REFUND                                                520.50
                              ---------------        ---------------
TOTALS                              39,392.19              39,392.19
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 09/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```